### COLLINS *v.* LONG ISLAND CITY *et al.*

*(Supreme Court, General Term, Second Department. May 12, 1890.)*

TAXATION—VOID ASSESSMENT—RELEVY BY LEGISLATURE.

It is competent for the legislature to validate a void tax, as well for the amount of the tax as for interest upon it. Following *People* v. *Bleckwenn*, 7 N. Y. Supp. 914.

Appeal from judgment on report of referee.

Action by Benjamin Collins, against Long Island City and Frederick W. Bleckwenn, treasurer, etc., to avoid the payment of interest claimed as penalty for non-payment of taxes on real estate in defendant city. Defendants pleaded the ratification, confirmation, and levy of the taxes in question by the legislature. Laws 1882, c. 383, and Laws 1886, c. 656. There was judgment for plaintiff, and defendant appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*W. J. Foster*, for appellants. *E. Nott Anable*, for respondents.

BARNARD, P. J. The cases of *People* v. *Bleckwenn*, 7 N. Y. Supp. 914, and *Francklyn* v. *Long Island City*, 32 Hun, 451, determined that the legislature could validate a void tax, as well for the amount of tax as for interest upon it. This is the only question involved in the present appeal, and the judgment should therefore be reversed, and a new trial granted; costs to abide event. All concur.